# EXHIBIT 1

1/20/2011     Controversy over pat-downs, body scan...



# denverpost.com

Newsletter: Sign In | Register
Commenting: Sign In | Register
Thursday, January 20, 2011

Home | Media Kit

News   Politics   Sports   Business   Entertainment   Lifestyles   Opinion   Travel   Multimedia   Weekly Ad   Shopping   Autos   Real Estate   Jobs   Classifieds

 15°

Search | Site | GO | Web search by YAHOO!

Home > Denver & the West

DENVER AND THE WEST

# Controversy over pat-downs, body scans lands at DIA

By Jeffrey Leib
The Denver Post

BOOKMARK | PRINT | EMAIL | 408 COMMENTS

POSTED: 11/18/2010 01:00:00 AM MST
UPDATED: 11/18/2010 09:33:54 PM MST

Recommend — 689 people recommend this. Be the first of your friends.

POPULAR   TALKERS   EMAILED   VOTED   YEAR AGO

- Nuggets on the clock to trade Anthony after Nets say no
- Offensive coordinator gets to call plays for Fox's Broncos
- Buffs hiring Scherer to coach their QBs
- Billionaire Russian owner nixes deal for Nuggets' Carmelo Anthony
- Broncos, Eagles not getting Mora
- Carmelo Anthony trade to New Jersey is dead, Nets owner says
- Josh McDaniels eager for new start with St. Louis Rams
- Jim Mora declines Broncos' defensive coordinator job

FRONT PAGE
- "Cutting-edge" stem-cell treatment at CSU helping hobbled critters
- Immigration-crackdown bill introduced in Colorado Senate
- Visiting Chinese president concedes nation must do more on human rights
- Kiszla: Nuggets on the clock to trade Anthony after Nets say no

FRONT PAGE: LOCAL NEWS
- "Cutting-edge" stem-cell treatment at CSU helping hobbled critters
- Immigration-crackdown bill introduced in Colorado Senate
- Denver's projected $99.4 million deficit in 2012 will be "challenging" for budget planners
- Big Air organizers bring out snow guns for Civic Center ramp

FRONT PAGE: BUSINESS NEWS
- Larimer Square stores team up with Dallas shopping center
- Snowmass real estate developer to lead Colorado economic development office
- U.S. homebuilders had second-worst year ever
- Early snow boosts resort skier visits



Transportation Security Administration agents perform enhanced pat-downs on passengers at DIA on Wednesday amid growing controversy about the screenings and full-body scanners, one week before Thanksgiving air travelers crowd airports. (Craig F. Walker, The Denver Post)

Despite ongoing criticism from some Washington lawmakers and many travelers, Transportation Security Administration chief John Pistole refused Wednesday to back off the agency's position that tougher airport screening techniques are needed to counter evolving threats.

"I'm not going to change those policies," he declared to lawmakers.

At U.S. airports, the TSA has been deploying more advanced imaging scanners that perform a kind of electronic strip-search on passengers and allow screeners hidden in control rooms to search the images for concealed weapons and explosives.

And in recent weeks, TSA screeners also have escalated the pat-down procedure on passengers in a way that some say is far too intrusive.

"I'm frankly bothered by the level of these pat-downs," Sen. George

RELATED ARTICLES

Dec 18:
Revamping of U.S. flight security urged

Nov 30:
Colo. law suit filed over TSA airport screening
TSA gives registered-traveler program the all clear

Nov 24:
Few problems for Denver fliers, but drivers warned

Nov 23:
TSA chief mulling less invasive traveler pat-downs
TSA chief urges against boycott of airport scans

Nov 22:

1/20/2011

## Controversy over pat-downs, body scan...

**EXTRAS**

View TSA security screening images from Denver International Airport.

Explore an interactive graphic about TSA screeing from the AP.

LeMieux, R-Fla., told Pistole, who was testifying before the Senate Committee on Commerce, Science and Transportation.

"I wouldn't want my wife to be touched in the way that these folks are being touched," LeMieux said. "I wouldn't want to be touched that way."

Pistole, who has been subjected to a pat-down himself, said: "It is clearly more invasive." But the procedures are necessary, he said, to detect devices not seen before.

As passengers traveled through Denver International Airport on Wednesday in advance of the Thanksgiving rush, some invoked their constitutional right against unreasonable search, while others were more forgiving of efforts to keep travel safe.

Jeffrey "Gator" Henry of Charlotte, N.C., moved through security in skimpy gym shorts and a sleeveless tank top as part of his plan to reject screening by advanced-imaging machines — the devices that use either millimeter-wave or backscatter X-ray technology — and to request a pat-down instead.

"It's an invasion of privacy," said Henry, a television and film producer, as he waited at DIA's A concourse checkpoint.

Henry said he's joined the nascent movement that is asking travelers to voluntarily opt out of screening by the full-body scanners in favor of more time-consuming pat-downs. Some have designated the day before Thanksgiving as National Opt-Out Day.

"I dressed this way so there is nothing to pat down," he said of the more intensive TSA hand searches.

TSA pat-downs have evolved into more of a light massage, with screeners running their hands up and down the arms, torsos and legs of those passengers selected for the extra screening procedure.

Anthony Giovingo of New Orleans was flying home after visiting his daughter in the Denver area and said he is unfazed about full-body scanning.

"It doesn't bother me," Giovingo said. "I'd rather go through the scanner than be patted down. It's quicker and less invasive. I have nothing to hide, so what's the problem?"

### Smooth flying for some

On Wednesday, it appeared that most travelers, including Henry, were able to avoid screening by the advanced imaging devices or pat-downs by passing through the checkpoint metal detectors without generating alarms.

Jill Johnson of Colorado Springs arrived at DIA from Dallas and said at that city's airport, she similarly had cleared the metal detector and avoided the more controversial screening techniques.

Johnson said she has not yet been screened at an airport by a full-body scanner but would not object if she were asked to submit to such an electronic scan.

"Everybody has to understand that we're talking about preventing another 9/11," she said. "It might be an invasion of privacy, but we're talking about a matter of life and death."

Of the enhanced pat-downs, Johnson added, "If it's done respectfully, people should allow it."

TSA's new pat-down procedure is "more up close and personal" than earlier hand-search techniques, but it is "not just Keystone Kops making it up as they go along," said Richard Bloom, director of terrorism, intelligence and security studies at Embry-Riddle Aeronautical University in Prescott, Ariz.

Gibbs: Concerns over body scans will be considered
Security protest could disrupt Thanksgiving travel
TSA chief warns against boycott of airport scans
Rocky Flats underwear invention aims to protect privacy while passing through airport security
Clinton: Security measures shouldn't be too intrusive
Administration tries to balance security and privacy at airport screenings

Nov 21:
Obama asks whether there are less-intrusive options



Transportation Security Administration agents perform enhanced pat-downs on passengers at DIA on Wednesday amid growing controversy about the screenings and full-body scanners, one week before Thanksgiving air travelers crowd airports. (Craig F. Walker, The Denver Post)



A passenger at Denver International Airport on Wednesday



**What Terrifies Bill Gates**
Bill Gates is the richest man in the world...

**Why Wal-Mart is Doomed**
The reign of the "King of Retail" is over. A rapidly expanding rival is stealing away...

**Apple Can't Win**
It's light-years behind the competition in 1 high-tech industry...

**The Motley Fool**

**Recent Activity**

 Immigration-crackdown bill introduced in Colorado Senate - The Denver Post
60 people shared this.

 Denver man accused of leaving chicken parts in heating vents of ex-wife's home - The Denver Post
93 people shared this.

 "Cutting-edge" stem-cell treatment at CSU helping hobbled critters - The Denver Post
19 people shared this.

Facebook social plugin

**MOST POPULAR: NEWS: PAST 3 DAYS**

Woman killed on I-25 by flying tire identified

Woman killed by truck tire while driving on I-25

I-25 reopens after overnight closure at Eisenhower Tunnel

Denver's Big Air ramp going up after debate about how to hold it down

Komen cancels Denver's 3-Day for the Cure

Coroner: Aurora woman was drowned; common-law husband committed suicide

Body believed to be that of missing snowboarder

Judge bans Loveland woman from having pets at home

Skier reported missing near Eldora

Steamboat deals with snow, wind

**Our No. 1 Stock for 2011**

Each January, The Motley Fool reveals its top stocks for the coming year. Stocks highlighted in this coveted report have gone on to soar by 462%, 655% and 1,203%! It sells for $99, but you can get a sneak peek FREE. Click the link below now for instant access to "The Motley Fool's Top Stock for 2011."

You'll get the name, stock symbol, and full research case for the remarkable small company that's revolutionizing broadband — and that one top analyst just named his No. 1 pick for 2011. The stock is on the move, so don't wait.

Click here for instant access to this FREE report!

BROUGHT TO YOU BY THE MOTLEY FOOL

**Post Poll - Apple's Core?**

With co-founder and chief executive Steve Jobs on medical leave from Apple, how do you think the company will fare in his absence? Read the related article: Uncertainty surrounds health of Steve Jobs, future of Apple

Apple will be fine. The loss of Jobs is huge, but the

1/20/2011                      Controversy over pat-downs, body scan...

New TSA techniques develop out of a collaboration between the security and intelligence personnel that is constantly evaluating ever-changing threats, said Bloom, who spent 20 years in U.S. intelligence work.

goes through a security pat-down. (Craig F. Walker, The Denver Post)

The TSA operates 768 security checkpoints, with 2,225 screening lanes, at 458 airports across the country. Currently, the agency has deployed 385 of the advanced imaging scanners at 68 U.S. airports, including six at the three checkpoints at DIA. Those six use millimeter-wave technology.

In remarks to the Senate committee, Pistole said the TSA's goal is to have 1,000 advanced imaging machines deployed at airports by the end of 2011.

A topic for the courts

Currently, there is no legal "bright line" to determine whether advanced imaging scans or intensive pat-downs amount to unreasonable searches of passengers, said Sam Kamin, an associate professor of constitutional law and criminal procedure at the University of Denver law school.

As lawsuits develop, courts undoubtedly will be looking at the privacy question, but they likely will be "loathe to second-guess" the TSA's balancing of security and privacy, Kamin said.

TSA officials undoubtedly would rather be on Capitol Hill answering questions about screening intrusiveness than "explaining why an airliner was brought down," he said.

*The Associated Press contributed to this report.*

---

**Pie can fly, but not the jam**

If you're flying to Grandma's for Thanksgiving and have a favorite cranberry relish to share with her and the rest of the family, the TSA reminds you to pack it in your checked luggage or ship it ahead.

"Travelers should know that while pies are permitted through the security checkpoint," numerous other foods, including "creamy dips and spreads," gravy and gift baskets with salsa and jams are not, according to the Transportation Security Administration. A more complete list of foods prohibited from passing through checkpoints can be found on the travel tips section of the agency's website, www.tsa.gov.

"Additionally, TSA does not permit snow globes through the security checkpoint because they contain an undetermined amount of liquid," the agency adds.

The TSA's policy for passengers bringing liquids, gels and aerosols on the plane says travelers can tote such items in containers of 3.4 ounces or less if the items fit in a 1-quart, clear plastic, zip-top bag. Each passenger can travel with one such bag; it must be removed from luggage and placed in the screening bin at the checkpoint, the TSA says. *Jeffrey Leib, The Denver Post*





Passengers at Denver International Airport on Wednesday go through a full-body scanner. (Craig F. Walker, The Denver Post)

🖨 PRINT   ✉ EMAIL   ⬆ RETURN TO TOP   » GET HOME DELIVERY   » TERMS OF USE

**WE RECOMMEND**
Highways, passes west of Denver shut

**FROM AROUND THE WEB (SPONSORED)**
Pack in a Carry-On to Save Money - And

**NEWS: RECENT COMMENTS**

Comment on House to vote on repealing Obama's health care law (2 minutes ago)
*Exactly. They now have control of congress. They complained their ideas where not heard by the Democ...*

Comment on Beauty Bar's arrival signals a makeover for Denver's punk-rock block (3 minutes ago)
*A breakfast spot taking the place of a nightclub. That says it all....*

Comment on Griego: Tiger Mother stirs reflections on parenthood (11 minutes ago)
*I am Chinese, and I am a mother. That makes me a Chinese mother which is not the same as a Tiger Mot...*

Comment on Denver murders in 2010 hit 10-year low (21 minutes ago)
*[quote="commknightj"]Hmmmm,More guns = More crime. Not so much. <!-- s:shock: --><img src...*

Comment on "Cutting-edge" stem-cell treatment at CSU helping hobbled critters (40 minutes ago)
*This is such revolutionary technology, but the term alone riles fundamentalist brainpans. Note: No ...*

Visit the news forum for more discussion

More recent comments on Denver Post news articles

1/20/2011

- down by snow, wind, avalanche danger (The Denver Post - News)
- Lafayette mom was drunk when she, daughter died in car (The Denver Post - News)
- TSA chief: Resisting scanners just means delays (The Denver Post - Business)
- US airports to broadcast words from TSA chief (The Denver Post - Business)
- Pistole: Relatively few travelers getting pat down (The Denver Post - Breaking News)
- Controversy over pat-downs, body scan... Your Sanity (OPEN Forum)
- Bad weather and strikes cost EasyJet £24m (Financial Times)
- Are Chihuahuas the New Pit Bulls? (The Dog Daily)
- US Airways Pilots Protest Slow Talks (TheStreet)
- How Operation Window Seat Changed My Life (OPEN Forum)

[what's this]

LIKE THIS ARTICLE? RECOMMEND IT (5 REC'S)   *ALL READER-RECOMMENDED NEWS*

98    SHARE   OR   BOOKMARK
      317

---

**ARTICLE COMMENTS (408)**                         Login | Sign Up | Email Support

**You must be registered to comment** (your comment will be saved for you while you register). It's quick (it takes about 30 seconds) and we only require your email and name. Comments that include any offensive material are prohibited. By using our site you agree to our terms of use.

» View all this article's 408 comments

1. Use the "Report Abuse" link when necessary (you don't have to be a member, or be logged in to use it)
2. Keep it clean and respect others — don't use language you wouldn't use with your parents
3. Read the Post's Article Commenting Ground Rules here (link will open in a new window)

POST COMMENT

» **SHOW OLDEST COMMENTS FIRST (CURRENTLY NEWEST COMMENTS ARE FIRST)**
RE: TSA GROPE-A-THON: FIND THE PELOSI

> *troyjgrice wrote:*
>
> > *FF324 wrote:*
> >
> > > *meatpieandtatters wrote:* This is the Hope and Change you wanted. Get over it!
> >
> > **?** I fly a lot, and prefer to live. I'm over it, things are way better (looked at your IRA lately)?
>
> You are a hypocrit. If you "Prefer to live" than you should never get in a car. Your odds of getting killed in a car crash = 1:6,500. Odds of getting killed by a terrorist while on a plane 1:44,000,000.

I ride the bus to work, but ,I don't think you're odds are too far off, even for a hypocrite. You don't know how I drive, your gramma woud be shouting "speed up" to me.
Happy everything Steve, best to you.

 Ray E | 8:35 PM on Friday Jan 7 | Reply to this comment
Report Abuse

---

> *finally_in wrote:*
>
> > *perplexedandsaddened wrote:*
> >
> > > *finally_in wrote:* That quote was an explanation of why they still see (and so does the SCOTUS)